# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR OSORIO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NDEX WEST, LLC; AMERICA'S SERVICING COMPANY; and DOES 1-50, inclusive,<br><br>　　　Defendants. | Case No.: CV09-00311 R (FFMx)<br>Hon. Manuel L. Real<br>Ctrm. 8 - Spring Street<br><br>~~(PROPOSED)~~ JUDGMENT<br><br>Complaint filed: December 11, 2008 |

The motions of Defendant Wells Fargo Bank, N.A. dba America's Servicing Company (erroneously sued as America's Servicing Company) ("Wells Fargo") to (1) dismiss Plaintiff Victor Osorio's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted; and (2) expunge lis pendens came on regularly for hearing on March 30, 2009 at 10:00 a.m. before the Honorable Manuel L. Real. Jarlath M. Curran, II of the Law Firm of Severson & Werson appeared on behalf of Defendant Wells Fargo. There were no appearances by or on behalf of Plaintiff.

C:

After considering the moving papers as well as all opposition papers, if any, and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Wells Fargo's motion to dismiss is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's complaint is dismissed with prejudice as to Wells Fargo Bank, N.A. dba America's Servicing Company (erroneously sued as America's Servicing Company). Plaintiff is to recover nothing from Wells Fargo.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW Roth PLC and or Mitchell Roth, jointly and severally, shall reimburse Plaintiff any monies paid to file or pursue this lawsuit.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW Roth PLC and or Mitchell Roth, jointly and severally, shall pay Wells Fargo the sum of $2,860.56, which constitutes the attorney's fees and costs incurred by Wells Fargo in defending this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Notice of Pendency of Action (Lis Pendens) recorded on December 12, 2008 in the Official Records of the Los Angeles County Recorder's Office as Instrument Number 20082192601 is hereby expunged.

DATED: May 28, 2009

_____
HONORABLE MANUEL L. REAL

07685/0298/730687.1

[Proposed] Judgment
CV09-00311 P (FFMx)